**Order entered December 22, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00969-CV

**BRIGETTA D'OLIVIO A/K/A BRIGETTA ALIX ANDERSON, ALIX BRIGETTA, Appellant**

**V.**

**HILARY THOMPSON HUTSON, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04855-2019**

**ORDER**

The clerk's record in this appeal has not been filed because appellant has not paid the fee. By motion filed December 21, 2020, appellant seeks an extension of time to file the clerk's record, asserting she has not paid the fee because the trial court clerk disputes the existence of certain documents she requested.

We **GRANT** the extension to the extent we **ORDER** appellant to file, no later than January 4, 2021, written verification of payment of the fee assessed by the trial court clerk. We further **ORDER** Collin County District Clerk to state in

writing, upon payment of the fee and in conjunction with the clerk's record, what documents, if any, requested for inclusion in the clerk's record by appellant do not exist or cannot be located. Any documents Ms. Finley identifies as non-existent or lost can be addressed, if necessary, by motion pursuant to Texas Rule of Appellate Procedure 34.5(e). *We caution appellant that failure to file the requested verification of payment may result in dismissal of the appeal without further notice*. *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finley and the parties.

/s/    BILL WHITEHILL
       JUSTICE